441-15

# ELECTRONIC RECORD

COA # 11-13-00056-CR          OFFENSE: DWI

STYLE: **Gordon Stanley Blocker v. The State of Texas**          COUNTY: Tarrant

COA DISPOSITION: AFFIRMED          TRIAL COURT: County Criminal Court No. 9

DATE: 1/08/15          Publish: NO          TC CASE #: 1266266

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Gordon Stanley Blocker v. The State of Texas**          CCA #: **PD-0441-15**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_refused_          JUDGE: _____

DATE: _July 29, 2015_          SIGNED: _____          PC: _____

JUDGE: _PC_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**